# Court of Appeals
# of the State of Georgia

ATLANTA,  August 23, 2023

*The Court of Appeals hereby passes the following order:*

**A24E0011. HIGGS v. BRANTLEY, JUDGE.**

This emergency motion seeks a writ of mandamus to compel the trial court to issue certain rulings, follow Georgia law, and recuse the trial court from further handling of the matter.

The emergency motion does not satisfy the requirements of Court of Appeals Rule 40 (b) or (c) and is therefore DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/23/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*